UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE  DIVISION


PRESENT:  HON. DONALD E. WALTER   , Judge, Presiding          Date:   March 28, 2017
                 LaRae Bourque                  , Court Reporter
                 Paula S. Jordan                , Courtroom Deputy

COURT OPENED: 10:45  A.M.          COURT ADJOURNED: 10:54  A.M.          TOTAL TIME IN COURT: /09
_____
                                                  **MINUTES OF COURT**
_____

CASE NO.   16-cr-00045-01                                        __  Defendant in custody
Judge Walter/Mag.Judge Whithurst                                 __  Defendant on Bond, Bond cont'd
                                                                 __  Bond set:
DEFENDANT: Jason Comeaux

                                                                 __  Bond cancelled
GOVT. COUNSEL:  Mark Blumberg, Tona Boyd, Mary Mudrick            __  Failed to appear, warrant ordered

DEFENSE COUNSEL: Lawrence Billeaud, Retained                      FILING:


_____

   **X**     Case called for Sentencing

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 40 months, as to Count 1; 40 months, as to Count 2; and 30 months, as to Count 3, all to run concurrently.

Upon release from imprisonment, the defendant will be placed on Supervised Release for a period of 2 years, per count, as to Counts 1,2, and 3, to run concurrently.  Within 72 hours of his release from custody, the defendant shall report to the U.S. Probation Office in the district to which he his released.  While on supervised release, the defendant shall comply with the standard conditions and the mandatory conditions as follows:

   1.) The defendant shall not commit another federal, state, or local crime.

   2.) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   3.) The defendant shall refrain from any unlawful use or possession of a controlled substance.

   4.) Pursuant to the Justice for All Act of 2004, the defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Office.

Because the presentence report indicated a low risk of future substance abuse, mandatory drug testing is suspended.

No fine is ordered.

Mr. Anthony Daye was sworn and testified.

IT IS  ORDERED that a special assessment of $100.00, per count, for a total $300.00, is imposed on the defendant and is to be paid immediately.

IT IS FURTHER ORDERED the defendant is to self-report to the facility designated by the Bureau of Prisons on Monday, April 24, 2017 by 2:00 p.m. to begin service of his sentence.  In the event that no facility has been designated, the defendant is to report to the United States Marshals Service Office in Lafayette, Louisiana, to begin service of his sentence.

|     |                                      |
| --- | ------------------------------------ |
| __  | Dismissed counts:                    |
| X   | Defendant advised of right to appeal |

_____

COMMENTS: